## McCREADY *v.* VIRGINIA.

ERROR TO THE SUPREME COURT OF APPEALS OF THE STATE OF VIRGINIA.

No. 992. Stipulation to abide decision in No. 625 filed April 6, 1877. — Decided April 30, 1877.

*McCready* v. *Virginia*, 94 U. S. 391, followed by stipulation of parties.

MR. CHIEF JUSTICE WAITE announced the judgment of the court.

The parties having stipulated that this case shall abide the event of that just decided, (No. 625,) *McCready* v. *Virginia*, 94 U. S. 391, the judgment of the Supreme Court of Appeals of Virginia is affirmed.

*Mr. L. R. Page* and *Mr. Robert Ould* for plaintiff in error.

*Mr. R. I. Daniel* for defendant in error.